# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHANNIN P. SELLS

NO. 2024 KW 0473

**JULY 15, 2024**

---

In Re: Channin P. Sells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-21-04967, DC-21-05074.

---

**BEFORE: WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT